UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD FREED,

    Plaintiff,                                         Civil Action No. 17-CV-13519

vs.                                              HON. BERNARD A. FRIEDMAN

MICHELLE THOMAS, et al.,

    Defendants.
_____/

## **AMENDED JUDGMENT**

       The Court has issued an opinion and order in this matter granting summary judgment for plaintiff on his Fifth Amendment takings claim, denying summary judgment for plaintiff on his Eighth Amendment excessive fines claim, and dismissing all claims against defendant Thomas in her individual capacity. Accordingly,

       IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for plaintiff and against defendants as to plaintiff's takings claim. Plaintiff is owed just compensation in the amount of the difference between the foreclosure sale price and plaintiff's debt, plus interest on this amount from the date of the foreclosure sale.

       IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff as to plaintiff's excessive fines claim, as that claim has been dismissed.

                                                            KINIKIA D. ESSIX
                                                            CLERK OF COURT

                                                            By: s/Johnetta M. Curry-Williams
                                                                      Deputy Clerk

Approved: s/Bernard A. Friedman
           BERNARD A. FRIEDMAN
           SENIOR U.S. DISTRICT JUDGE

Dated: July 28, 2021