Case No. 21-1248/21-1288/21-1339

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

DONALD FREED

    Plaintiff - Appellant Cross-Appellee

v.

MICHELLE THOMAS

    Defendant - Appellee

COUNTY OF GRATIOT, MI

    Defendant - Appellee Cross-Appellant

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

    Intervenor - Appellee

   Upon consideration of the amicus motion for leave to participate in oral argument, it is **ORDERED** that the motion is hereby **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: July 28, 2023