UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD FREED,

    Plaintiff,

v.

Case No. 17-cv-13519
Hon. Matthew F. Leitman

MICHELLE THOMAS, *et al.*,

    Defendant or Respondent.

_____/

**ORDER TERMINATING (1) MOTION FOR GUIDANCE/ISSUANCE OF WRIT OF EXECUTION INCLUDING ENROLLMENT OF THE FINAL JUDGMENT/ORDERS ON THE NEXT TAX ROLL PURSUANT TO M.C.L. § 600.6093(3); AND AWARD OF ATTORNEY FEES WITH AN AMOUNT TO BE DETERMINED BY BRIEFING SCHEDULE (ECF No. 141); AND (2) MOTION REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE (ECF No. 150)**

    For the reasons stated on the record on December 13, 2024, the following motions by Plaintiff Donald Freed are **TERMINATED**: (1) Motion for Guidance/Issuance of Writ of Execution Including Enrollment of the Final Judgment/Orders on the Next Tax Roll Pursuant to M.C.L. § 600.6093(3); and Award of Attorney Fees with an Amount to be Determined by Briefing Schedule (ECF No. 141); and (2) Motion Regarding Attendance at Settlement Conference (ECF No. 150).

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 13, 2024

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
