UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD FREED,

    Plaintiff,

v.

                                                    Case No. 17-cv-13519
                                                    Hon. Matthew F. Leitman

MICHELLE THOMAS, *et al.*,

    Defendants.

_____/

## ORDER (1) ORDERING PARTIES TO MEDIATE ATTORNEY FEE DISPUTE WITH THE HONORABLE VICTORIA A. ROBERTS AND (2) STAYING PROCEEDINGS PENDING MEDIATION

On June 12, 2025, the Court held an on-the-record status conference to discuss next steps in this action. As discussed and agreed upon by all parties during the conference, the Court will refer the pending dispute over attorneys' fees to the Honorable Victoria A. Roberts for mediation. Proceedings in this action shall be stayed pending the mediation.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 12, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
